UNITED STATES DISTRICT COURT  
DISTRICT OF MASSACHUSETTS  
\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-  
BRIAN N. DRAKE,

       Petitioner,

-v-            C.A. No. 04-11426(REK)

UBS FINANCIAL SERVICES, INC.,

       Respondent.  
\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

FILED  
IN CLERKS OFFICE

2004 JUN 30  A 11: 07

U.S. DISTRICT COURT  
DISTRICT OF MASS.

FILING FEE PAID:  
RECEIPT #  
AMOUNT $  
BY DPTY CLK  
DATE

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, the undersigned, being a member in good standing of the bar of this Court, requests the Court to admit Shanna L. Pitts as a visiting attorney to represent the Petitioner, Brian N. Drake, in the above-captioned matter. In support of this application, the undersigned asserts the following:

1. Shanna L. Pitts is an attorney associated with the Law Offices of William A. Jacobson, Inc. The office address of the Law Offices of William A. Jacobson, Inc. is 850 Turks Head Building, Providence, Rhode Island 02903.

2. Attorney Pitts is a member in good standing of the following courts:

   State of Rhode Island (11/01)

   U.S. District Court for the District of Rhode Island (01/02)

3. In her capacity as an attorney with the Law Offices of William A. Jacobson, Inc., Attorney Pitts has been involved in the above-captioned action to assist in the representation of Brian N. Drake since the inception of the underlying action, including attending the arbitration at issue in the above-captioned

1

matter. In such capacity, Attorney Pitts was admitted *pro hac vice* by the Superior Court for the Commonwealth of Massachusetts for the above-captioned matter prior to its removal to Federal Court.

4. Attorney Pitts has never been denied admission to any court, has never been disciplined by any court, nor does she have any disciplinary proceedings or grievances pending against her. She has never been reprimanded, suspended, placed in inactive status, disbarred nor has she ever resigned from the practice of law.

5. Attorney Pitts is familiar with the local rules for the United States District Court for the District of Massachusetts.

6. I, as a member of the bar of this Court, have filed an appearance in this action.

Dated: June 28, 2004

Respectfully submitted,

William A. Jacobson, Esq. (# 544791)
Shanna L. Pitts, Esq. (*applicant pro hac vice*)
Law Offices of William A. Jacobson, Inc.
850 Turks Head Building
Providence, RI 02903
Tel. 401-490-7500
Fax. 401-490-5680
E-mail waj@wjacobson.com

Attorneys for Petitioner

2