UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
-------------------------------------------------------
BRIAN N. DRAKE,

                       Petitioner,

-v-                                          C.A. No. 04-11426(REK)

UBS FINANCIAL SERVICES, INC.,

                       Respondent.
-------------------------------------------------------

## AFFIDAVIT OF SHANNA L. PITTS IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Shanna L. Pitts, do hereby depose and state the following:

1. I have personal knowledge of the information set forth in this affidavit and know it to be true and correct to the best of my knowledge. If called as a witness, I could competently testify regarding the information contained in this affidavit.

2. I am an attorney associated with the Law Offices of William A. Jacobson, Inc., 850 Turks Head Building, Providence, RI, 02903.

3. In my capacity as an attorney with the Law Offices of William A. Jacobson, Inc., I have been involved in the above-captioned action to assist in the representation of Brian N. Drake since the inception of the underlying action, including attending the arbitration at issue in the above-captioned matter. In such capacity, I was admitted *pro hac vice* by the Superior Court for the Commonwealth of Massachusetts for the above-captioned matter prior to its removal to Federal Court. (Attached hereto as exhibit A)

1

4. I am admitted to practice and am a member in good standing of the following bars:

   a. State of Rhode Island (11/01)(see certificate of good standing attached as Exhibit 1)

   b. U.S. District Court for the District of Rhode Island (01/02)

5. I have never been denied admission to any court, been disciplined by any court, nor do I have any disciplinary proceedings or grievances pending against me. I have never been reprimanded, suspended, placed on inactive status, disbarred, or have ever resigned from the practice of law.

6. I am familiar with the Local Rules of this Court.

I solemnly affirm under the penalty of perjury that the content of the foregoing paper is true and correct to the best of my knowledge, information and belief.

*Shanna J. Pitts*

Sworn and subscribed before
me this 28th day of June, 2004.

*Kathleen Dias*
Notary Public

**MY COMMISSION EXPIRES 07/27/06**

2

# Commonwealth of Massachusetts
## County of Barnstable
## The Superior Court

Civil Docket BACV2004-00290

RE: Drake v UBS Financial Services Inc

TO: Shanna L Pitts Esq
850 Turks Head Building
Providence, RI 02903

### CLERK'S NOTICE

This is to notify you that in the above referenced case the Court's action on 05/21/2004:

*RE: MOTION to admit Shanna L Pitts as counsel pro hac vice for Plaintiff; affidavit in support*

is as follows:

Motion (P#2) ALLOWED (Robert J. Kane, Justice)

Dated at Barnstable, Massachusetts this 21st day of May, 2004.

BY:

Scott W. Nickerson,
Clerk of the Courts
Scott D. Colgan
Assistant Clerk

Telephone: (508) 375-6684

Copies faxed 05/21/2004