UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
---------------------------------------------------------
BRIAN N. DRAKE,

                        Petitioner,

-v-                                       C.A. No. 04-11426(REK)

UBS FINANCIAL SERVICES, INC.,

                        Respondent.
---------------------------------------------------------

## PETITIONER'S MOTION TO COMPEL ANSWERS
## TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS

Petitioner Brian N. Drake ("Drake") moves that Respondent UBS Financial Services, Inc. be compelled to answer Interrogatories 2 and 4 of Drake's First Set of Interrogatories, and to produce documents in response to Requests 2 and 3 of Drake' First Request for Production of Documents. The grounds in support of the motion are set forth in the accompanying Memorandum.

## CERTIFICATION OF COMPLIANCE
## WITH LOCAL RULES 7.1(A)(2), 26.2(C), AND 37.1(B)

The undersigned hereby certifies that Shanna L. Pitts, Esq., conferred on August 5, 2004, with William M. Ejzak, Esq., co-counsel for respondents, in a good faith attempt to resolve this motion, but was unable to resolve the issues.

1

Dated: August 20, 2004

                                  Respectfully submitted,

                                  */s/ Shanna J. Pitts*

                                  William A. Jacobson, Esq. (# 544791)
                                  Shanna L. Pitts, Esq. (*pro hac vice*)
                                  Law Offices of William A. Jacobson, Inc.
                                  850 Turks Head Building
                                  Providence, RI 02903
                                  Tel. 401-490-7500
                                  Fax. 401-490-5680
                                  E-mail waj@wjacobson.com

                                  Attorneys for Petitioner

## **CERTIFICATION OF SERVICE**

I hereby certify that on this 20th day of August, 2004, I served a true and correct copy of the foregoing, via facsimile and first class mail, postage prepaid, upon the offices of:

Kevin G. Mahoney, Esq.
Menard, Murphy & Walsh LLP
60 State Street, 34th Floor
Boston, MA 02109

William M. Ezjak, Esq.
Schuyler, Roche & Zwirner, P.C.
One Prudential Plaza
130 East Randolph Street
Chicago, IL 60601

                                  */s/ Shanna J. Pitts*

2