UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
-----------------------------------------------------------
BRIAN N. DRAKE,

                Petitioner,

-v-

                C.A. No. 04-11426(REK)

UBS FINANCIAL SERVICES, INC.,

                Respondent.
-----------------------------------------------------------

FILED
IN CLERKS OFFICE

2004 OCT -8  A 11: 18

U.S. DISTRICT COURT
DISTRICT OF MASS.

## AFFIDAVIT OF WILLIAM A. JACOBSON IN SUPPORT OF DRAKE'S AMENDED MOTION TO VACATE ARBITRATION AWARD OR ALTERNATIVELY, REQUEST FOR REMAND

WILLIAM A. JACOBSON, being duly sworn, states as follows:

1. I was counsel for Petitioner Brian N. Drake ("Drake") in the arbitration giving rise to this case.

2. I annex the following arbitration pleadings, transcript pages, and exhibits, referenced in the accompanying Memorandum:

    A.    Statement of Claim;

    B.    Drake's Amended Answer and Pre-Hearing Brief;

    C.    UBS' Pre-Hearing Brief (w/out exhibits);

    D.    Drake's Pre-Hearing Reply Brief (w/out exhibits);

    E.    Transcript (selected pages);

    F.    Transcript II (selected pages);

    G.    UBS Exhibit 50 (selected pages);[1]

    H.    NASD Arbitrator's Manual (selected pages).

---

[1] For the Court's convenience, we have marked with an arrow in the right hand margin those time entry descriptions that are at issue on this motion.

1

_William A. Jacobson_

Sworn to before me this
7th day of October, 2004

_Kathleen Dias_
Notary Public

MY COMMISSION EXPIRES 07/27/06

### CERTIFICATION OF SERVICE

I hereby certify that on this 7th day of October, 2004, I served a true and correct copy of the foregoing, via first class mail, postage prepaid, upon the offices of:

Kevin G. Mahoney, Esq.
Menard, Murphy & Walsh LLP
60 State Street, 34th Floor
Boston, MA 02109

William M. Ezjak, Esq.
Schuyler, Roche & Zwirner, P.C.
One Prudential Plaza
130 East Randolph Street
Chicago, IL 60601

_Kathleen Dias_

2