IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 NOV -5  P 12:50

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| BRIAN N. DRAKE,<br>　　　　　Petitioner,<br><br>v.<br><br>UBS FINANCIAL SERVICES INC.,<br>　　　　　Respondent. | )<br>)  The Honorable Robert E. Keeton<br>)<br>)  Case No. 04-11426 REK<br>)<br>)<br>) |

## STIPULATION AND REQUEST FOR ORDER

Petitioner Brian N. Drake ("Drake") and Respondent UBS Financial Services Inc. ("UBS"), for their Stipulation and Request for Order, reached after conferring pursuant to L.R. 7.1, hereby request an extension of time to and including November 12, 2004 for UBS to file its Response to Drake's Amended Motion to Vacate Arbitration Award Or, Alternatively, Request for Remand. In support of this Stipulation and Request for Order, the parties state as follows:

　　1.　　The parties have previously entered into a number of Stipulations and Requests for Order for Drake to have extensions of time to file an amended Complaint and Application (Motion) to Vacate – the most recent of these requesting an extension to October 8, 2004 for Drake to file his amended Complaint and Application (Motion) to Vacate.

　　2.　　Pacer reflects that Drake filed his Amended Motion to Vacate Arbitration Award Or, Alternatively, Request For Remand ("Amended Motion to Vacate") on October 8, 2004. Drake's Certification of Service attached to his Amended Motion to Vacate certifies to service upon respondent on September 7, 2004 via first class mail, postage prepaid.

　　3.　　On November 4, 2004, counsel for both parties conferred by telephone and agreed that UBS could have until November 12, 2004 to file its response to Drake's Amended Motion to

Vacate. Counsel for UBS has had to deal with a number of unanticipated emergency matters this past week that have precluded him from completing UBS's response.

WHEREFORE, Petitioner Brian N. Drake and Respondent UBS Financial Services Inc. respectfully request that the Court enter an Order accepting this Stipulation and entering an order granting UBS an extension of time to and including November 12, 2004 to file its response to Drake's Amended Motion to Vacate Arbitration Award Or Alternatively, Request for Remand.

Respectfully submitted:

One of the attorneys for Respondent
UBS Financial Services Inc.

Kevin G. Mahoney
Menard, Murphy & Walsh LLP
60 State Street
34th Floor
Boston, MA 02109
Tel.: (617) 832-2500
Fax: (617) 832-2550

OF COUNSEL:
William M. Ejzak
Schuyler, Roche & Zwirner, P.C.
Suite 3800, One Prudential Plaza
130 East Randolph Street
Chicago, Illinois 60601
Tel:  (312) 565-2400
Fax:  (312) 565-8300

One of the attorneys for Petitioner
Brian N. Drake

William A. Jacobson
Law Offices of William A. Jacobson
850 Turks Head Building
Providence, RI 02903
Tel.: (401) 490-7500
Fax: (401) 490-5680

## Certificate Of Service

The undersigned hereby certifies that on November 5, 2004, he caused a copy of the foregoing Stipulation and Request for Order to be served upon:

> William A. Jacobson
> Shanna L. Pitts
> Law Offices of William A. Jacobson, Inc.
> 850 Turks Head Building
> Providence, Rhode Island 02903

by facsimile and placing true copies of same in a properly addressed, postage prepaid envelope and causing that envelope to be deposited in the United States Mail at ~~Street~~ State Boston, Massachusetts.

*[signature]*

405657