UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
BRIAN N. DRAKE,                     )
        Petitioner                  )
                                    )
   v.                               )     CIVIL ACTION
                                    )     NO. 04-11426-REK
UBS FINANCIAL SERVICES, INC.,       )
        Respondent                  )
_____)

**Memorandum and Order**
February 2, 2005

**I. Pending Matters**

Pending for decision are matters related to the following filings:

(1) Petitioner's Motion to Compel Answers to Interrogatories and Production of Documents (Docket No. 8, filed August 25, 2004);

(2) Petitioner's Memorandum in Support of Drake's Motion to Compel Answers to Interrogatories and Production of Documents (Docket No. 9, filed August 25, 2004);

(3) Respondent UBS's Response to Petitioner's Motion to Compel Answers to Interrogatories and Production of Documents (Docket 10, filed September 7, 2004).

**II. Analysis**

At the present time, I must deny the petitioner's motion to compel without prejudice to the petitioner's filing a new motion. The petitioner's "amended motion to vacate arbitration award or alternatively, request for remand[,]" Docket No. 12, filed on October 8,

2004, expands upon the petitioner's claim of "evident partiality" and may affect the merits of the motion to compel.

**ORDER**

For the foregoing reason, it is ORDERED:

Petitioner's Motion to Compel Answers to Interrogatories and Production of Documents (Docket No. 8) is denied without prejudice to a timely and appropriately supported new motion.

A status conference is set for **Tuesday, March 29, 2005, at 2:30 p.m.**

_____/s/Robert E. Keeton_____
Robert E. Keeton
Senior United States District Judge