UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
-------------------------------------------------------
BRIAN N. DRAKE,

                        Petitioner,

-v-                                         C.A. No. 04-11426(REK)

UBS FINANCIAL SERVICES, INC.,

                        Respondent.
-------------------------------------------------------

### PETITIONER'S AMENDED MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS

Petitioner Brian N. Drake ("Drake") renews his motion to compel Respondent UBS Financial Services, Inc. to answer Interrogatories 2 and 4 of Drake's First Set of Interrogatories, and to produce documents in response to Requests 2 and 3 of Drake' First Request for Production of Documents, in light of this Court's February 2, 2005, Memorandum and Order. The grounds in support of the motion are set forth in the accompanying Memorandum.

### CERTIFICATION OF COMPLIANCE WITH LOCAL RULES 7.1(A)(2), 26.2(C), AND 37.1(B)

The undersigned hereby certifies that Shanna L. Pitts, Esq., conferred on with William M. Ejzak, Esq., co-counsel for respondents, in a good faith attempt to resolve this motion, but was unable to resolve the issues.

1

Dated: March 15, 2005

                              Respectfully submitted,

                              William A. Jacobson, Esq. (# 544791)
                              Shanna L. Pitts, Esq. (*pro hac vice*)
                              Law Offices of William A. Jacobson, Inc.
                              850 Turks Head Building
                              Providence, RI 02903
                              Tel. 401-490-7500
                              Fax. 401-490-5680
                              E-mail waj@wjacobson.com

                              Attorneys for Petitioner

## **CERTIFICATION OF SERVICE**

      I hereby certify that on this 15th day of March, 2005, I served a true and correct copy of the foregoing, via facsimile and first class mail, postage prepaid, upon the offices of:

Kevin G. Mahoney, Esq.
Menard, Murphy & Walsh LLP
60 State Street, 34th Floor
Boston, MA 02109

William M. Ezjak, Esq.
Schuyler, Roche & Zwirner, P.C.
One Prudential Plaza
130 East Randolph Street
Chicago, IL 60601