UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BRIAN N. DRAKE, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) | NO. 04-11426-REK |
| | ) | |
| UBS FINANCIAL SERVICES, INC. | ) | |
| | ) | |
| Defendant. | ) | |

# NOTICE OF AND ORDER REGARDING SETTLEMENT CONFERENCE

In accordance with the Referral for A Settlement Conference dated June 9, 2005, the parties are hereby notified that the court has scheduled a mediation conference for **Friday, July 15, 2005, at 10:00 A.M.** in Courtroom #14 on the 5th Floor. Counsel are directed to be present with their respective clients or representatives thereof with full settlement authority.

In addition, by **July 8, 2005**, each party shall submit to **Magistrate Judge Sorokin** a brief memorandum addressing the party's position on the merits of the case and on settlement. The memorandum should be marked **"Confidential - Not for Docketing"** and will be held in confidence by the court.

IT IS SO ORDERED

/ s / Leo T. Sorokin
Leo T. Sorokin
United States Magistrate Judge

DATED: June 14, 2005
Q:\2005Civil\Drake v.wpd