UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
---------------------------------------------------------
BRIAN N. DRAKE,

                Petitioner,

-v-                                        C.A. No. 04-11426(REK)

UBS FINANCIAL SERVICES, INC.,

                Respondent.
---------------------------------------------------------

## ASSENTED TO MOTION TO RESCHEDULE SETTLEMENT CONFERENCE

The parties hereby submit this assented to motion to reschedule the settlement conference, currently scheduled for Friday, July 15, 2005, to Wednesday, July 27, 2005 at 10:00 a.m.

Dated: June 29, 2005

                                                     Respectfully submitted,

                                                     /s/ Shanna L. Pitts
                                                    William A. Jacobson, Esq. (# 544791)
                                                   Shanna L. Pitts, Esq. (*pro hac vice*)
                                                   Law Offices of William A. Jacobson, Inc.
                                                   850 Turks Head Building
                                                   Providence, RI 02903
                                                   Tel. 401-490-7500
                                                   Fax. 401-490-5680
                                                   E-mail waj@wjacobson.com

                                                   Attorneys for Brian Drake

1

### Certification of Counsel

On June 21, 2005, I received an e-mail from Michael Braun, Esq, counsel for respondent, who represented that he had no objection to the rescheduling of the settlement conference to July 27, 2005 at 10 a.m.

*Shanna L. Pitts*
Shanna L. Pitts, Esq.

### CERTIFICATION OF SERVICE

I hereby certify that on this 29th day of June, 2005, I served a true and correct copy of the foregoing, via facsimile, upon the offices of:

Kevin G. Mahoney, Esq.
Menard, Murphy & Walsh LLP
60 State Street, 34th Floor
Boston, MA 02109

Michael Braun, Esq.
Schuyler, Roche & Zwirner, P.C.
One Prudential Plaza
130 East Randolph Street
Chicago, IL 60601

*Kathleen Dias*