**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

BRIAN DRAKE
    Plaintiff(s)

    v.

CIVIL ACTION NO. 04-11426-MEL

UBS FINANCIAL SERVICES
Defendant(s)

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

**TO JUDGE LASKER**

[   ]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ **X** ]    On _____July 27, 2005_____, I held the following ADR proceeding:

    _____ SCREENING CONFERENCE      _____ EARLY NEUTRAL EVALUATION
    __X__ CONTINUED MEDIATION      _____ SUMMARY BENCH / JURY TRIAL
    _____ MINI-TRIAL      _____ SETTLEMENT CONFERENCE

    All parties were represented by counsel [except _____]
    The parties were / were not present in person or by authorized corporate officer [except _____].
    The case was:

[ **X** ]    Settled. Your clerk should enter a _____60_____ day order of dismissal.

[   ]    There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[   ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[   ]    Suggested strategy to facilitate settlement:

[   ]

July 27, 2005                        /s/ Marianne B. Bowler
DATE                                    ADR Provider
                                          MARIANNE B. BOWLER, U.S.M.J.

(ADRreport.wpd - 4/12/2000)                                                  [adrrpt.]