# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

BRIAN DRAKE
　　　　　Plaintiff

V.

UBS FINANCIAL SERVICES
　　　　　Defendant

CIVIL ACTION

NO.  04-11426-MEL

## SETTLEMENT ORDER OF DISMISSAL

LASKER, S.D. J.

　　The Court having been advised on  July 29, 2005  that the above-entitled action has been settled;

　　IT IS ORDERED that this action is hereby dismissed without costs and with prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

　　　　　　　　　　　　　　　　　　　　By the Court,

August 1, 2005　　　　　　　　　　　/s/George H. Howarth
　　Date　　　　　　　　　　　　　　　　Deputy Clerk

(Dismissal Settlement.wpd - 12/98)　　　　　　　　　　　　　　　　　[stlmtodism.]